# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB SHOCHAT<br>Derivatively and on Behalf of<br>CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS A. SIMPSON<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | Case No. CIV-12-488-M |

## ORDER

UPON THIS DAY, having considered the Stipulation and Agreed Motion for Acceptance of Service and Schedule (the "Stipulation") [docket no. 9] filed by Plaintiff Jacob Shochat, defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don L. Nickles, Louis A. Simpson, and nominal defendant Chesapeake Energy Corporation (collectively, the "Defendants") on May 18, 2012,

IT IS HEREBY ORDERED THAT:

1.  Orrick, Herrington & Sutcliffe LLP shall be deemed to have accepted service of the Complaint filed in the above-caption action (the "*Shochat* Complaint") on behalf of the Defendants, without prejudice to any defenses except sufficiency of service of process.

2. Defendants are not required to file an answer or otherwise respond to the *Shochat* Complaint until the Court has issued an Order(s) ruling on the pending Consolidation Motions.

3. Counsel will confer regarding a schedule for filing a consolidated amended complaint and answering or otherwise responding thereto following the Court's ruling on the Consolidation Motions.

4. This stipulation is for the procedural and administrative convenience of the Court and the parties and does not constitute a waiver or compromise of any rights the parties would otherwise have.

IT IS SO ORDERED this 22nd day of May, 2012.

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

2