## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| JACOB SHOCHAT Derivatively and on Behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CIV-12-488-M |
| vs. | ) ) ) | |
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL,MERRILL A. MILLER, JR., DON L. NICKLES,and LOUIS SIMPSON, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CHESAPEAKE ENERGY CORPORATION, | ) ) | |
| Nominal Defendant. | ) ) | |

## JACOB SHOCHAT'S NOTICE OF RELATED CASE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CIV-12-436-M |
| vs. | ) ) ) | |
| 1.    AUBREY K. McCLENDON, 2.    RICHARD K. DAVIDSON, 3.    KATHLEEN M. EISBRENNER, 4.    V. BURNS HARGIS, 5.    FRANK KEATING, 6.    CHARLES T. MAXWELL, 7.    MERRILL A. MILLER, JR., 8.    DON L. NICKLES, and 9.    LOU SIMPSON, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

| | | |
|---|---|---|
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CIV-12-437-M |
| vs. | ) ) ) | |
| 1.    AUBREY K. McCLENDON, 2.    RICHARD K. DAVIDSON, 3.    KATHLEEN M. EISBRENNER, 4.    V. BURNS HARGIS, 5.    FRANK KEATING, 6.    CHARLES T. MAXWELL, 7.    MERRILL A. MILLER, JR., 8.    DON L. NICKLES, and 9.    LOU SIMPSON, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |

CHESAPEAKE ENERGY CORPORATION,  )
    an Oklahoma Corporation,  )
                                                   )
                Nominal Defendant.  )
                                                   )

---

 (1) DOLEZAL FAMILY LIMITED  )
PARTNERSHIP  )
Derivatively and on Behalf of  )
CHESAPEAKE ENERGY CORP.,  )
                                                   )      CASE NO. CIV-12-477-M
              Plaintiff,  )
                                                   )
               vs.  )
                                                   )
(1)     AUBREY K. McCLENDON,  )
(2)     RICHARD K. DAVIDSON,  )
(3)     KATHELEEM M. EISBRENNER,  )
(4)     V. BURNS HARGIS, (5) FRANK  )
KEATING, (6) CHARLES T. MAXWELL  )
(7) MERRILL A. MILLER, JR., (8) DON L.  )
NICKLES, and (9) LOUIS A. SIMPSON  )
                                                   )
             Defendants,  )
               and  )
CHESAPEAKE ENERGY CORP.,  )
                Nominal Defendant.  )
                                                   )

---

BRIAN F. LEONARD  )
Individually and derivatively on behalf of  )
CHESAPEAKE ENERGY CORPORATION,  )
                                                   )      CASE NO. CIV-12-479-M
              Plaintiff,  )
                                                   )
             vs.  )
                                                   )
1.     AUBREY K. McCLENDON,  )
2.     RICHARD K. DAVIDSON,  )
3.     KATHLEEN M. EISBRENNER,  )
4.     V. BURNS HARGIS,  )
5.     FRANK KEATING,  )
6.     CHARLES T. MAXWELL,  )
7.     MERRILL A. MILLER, JR.,  )
8.     DON L. NICKLES, and  )
9.     LOU SIMPSON,  )
                                                   )
             Defendants,  )
                                                   )

and                                                )
                                                   )
CHESAPEAKE ENERGY CORPORATION,   )
   an Oklahoma Corporation,             )
                                                   )
         Nominal Defendant.     )
                                                   )

---

JACOB SHOCHAT                                      )
Derivatively and on Behalf of                      )
CHESAPEAKE ENERGY CORPORATION,    )
                                                   )     CASE NO. CIV-12-488-M
        Plaintiff,                  )
                                                   )
      vs.                                )
                                                   )
AUBREY K. MCCLENDON, RICHARD      )
K. DAVIDSON, KATHLEEN M.                )
EISBRENNER, V. BURNS HARGIS,            )
FRANK KEATING, CHARLES T.               )
MAXWELL,MERRILL A. MILLER, JR.,     )
DON L. NICKLES,and LOUIS SIMPSON,   )
                                                   )
       Defendants,                     )
                                                   )
    and                                    )
                                                   )
CHESAPEAKE ENERGY CORPORATION,   )
                                                   )
       Nominal Defendant.             )
                                                   )

---

(1) THE DAVID A. KROLL, INC.                )
EMPLOYEES' PROFIT-SHARING PLAN  )
AND TRUST, derivatively on behalf of       )
CHESAPEAKE ENERGY CORPORATION,   )
                                                   )     CASE NO. CIV-12-493-M
        Plaintiff,                  )
                                                   )
      v.                                 )
                                                   )
(1) AUBREY K. McCLENDON, (2)         )
RICHARD K. DAVIDSON, (3) V.             )
BURNS HARGIS, (4) FRANK A.              )
KEATING, (5) BREENE M. KEER, (6)      )
CHARLES T. MAXWELL, (7) DON L.      )
NICKLES, (8) FREDERICK B.                 )
WHITTEMORE, (9) MARCUS C.             )
ROWLAND, (10) MICHAEL A.                )
JOHNSON, (11) LOUIS A. SIMPSON,       )
(12) KATHLEEN M. EISBRENNER,         )
And (13) MERRILL A. MILLER, JR.,       )
                                                   )
       Defendants,                     )

and )
)
)
CHESAPEAKE ENERGY CORPORATION, )
)
Nominal Defendant. )
)

---

| | |
|---|---|
| STEPHEN ROBACZYNSKI, Derivatively On Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | CASE NO. CIV-12-501-M |
| ) | |
| v. ) | |
| ) | |
| (1) AUBREY K. McCLENDON, (2) RICHARD K. DAVIDSON, (3) KATHLEEN M. EISBRENNER, (4) V. BURNS HARGIS, (5) FRANK KEATING, (6) CHARLES T. MAXWELL, (7) MERRILL A. MILLERM JR., (8) DON NICKLES And (13) LOU SIMPSON, )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| CHESAPEAKE ENERGY CORPORATION, ) | |
| ) | |
| Nominal Defendant. ) | |

---

| | |
|---|---|
| NORMAN SPIEGEL, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | CASE NO. CIV-12-502-M |
| ) | |
| vs. ) | |
| ) | |
| AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR. DON L. NICKLES, and LOU SIMPSON., )<br>)<br>)<br>)<br>)<br>) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| CHESAPEAKE ENERGY CORPORATION, ) | |

|  | ) |  |
| Nominal Defendant. | ) | |
|  | ) | |

| | | |
|---|---|---|
| (1)     HOWARD ROSENGARTEN<br>Derivatively on behalf of<br>CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>                 vs.<br><br>1)  AUBREY K. McCLENDON,<br>2)  MERRILL A. MILLER, JR.,<br>3)  DON NICKLES,<br>4)  CHARLES T. MAXWELL<br>5)  FRANK KEATING,<br>6)  RICHARD K DAVIDSON,<br>7)  V. BURNS HARGIS,<br>8)  KATHLEEN M. EISBRENNER,<br>9)  LOUIS A. SIMPSON,<br>10)BREENE M. KEER, and<br>11)FREDERICK B. WHITTEMORE<br><br>                 Defendants,<br><br>                 and<br><br>12)CHESAPEAKE ENERGY<br>CORPORATION, an Oklahoma Corporation,<br><br>                 Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CIV-12-505-M |

| | | |
|---|---|---|
| (1) ARTHUR ALBERTS, Individually and<br>derivatively on behalf of CHESAPEAKE<br>ENERGY CORPORATION,<br><br>                 Plaintiff,<br><br>                 v.<br><br>(1) AUBREY K. McCLENDON, (2)<br>RICHARD K. DAVIDSON, (3) KATHLEEN<br>M. EISBRENNER, (4) V. BURNS<br>HARGIS, (5) FRANK KEATING, (6)<br>CHARLES T. MAXWELL, (7) MERRILL<br>A. MILLERM, JR., (8) DON L. NICKLES<br>and (13) LOU SIMPSON,<br><br>                 Defendants,<br><br>                 and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CIV-12-545-M |

6

|  |  |  |
|---|---|---|
| (1) CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>) | |
| (1) JOEL GERBER,<br>Derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>(1) AUBREY K. McCLENDON, (2) RICHARD K. DAVIDSON, (3) KATHLEEN M. EISBRENNER, (4) V. BURNS HARGIS, (5) FRANK KEATING, (6) CHARLES T. MAXWELL, (7) MERRILL A. "PETE" MILLER, JR. (8) DON NICKLES, (9) LOUIS A. SIMPLSON, (10) BREENE M. KEER, and (11) FREDERICK B. WHITTEMORE,<br><br>Defendants,<br><br>-and-<br><br>(12) CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CIV-12-584-M |

## JACOB SHOCHAT'S NOTICE OF RELATED CASE

COMES NOW Plaintiff Jacob Shochat who, pursuant to Local Civil Rule 3.7, hereby provides written notice to the Court of the filing of an additional case related to the above-captioned actions[1] currently pending before the Court: *Gerber v. McClendon,*

---

[1]     The above-captioned actions are:  (i) *Shochat v. McClendon, et al.,* Case No. CIV-12-488-M (W.D. Okla., filed on May 1, 2012); (ii) *Deborah G. Mallow IRA SEP Inv. Plan, et al., v. McClendon, et al.,* Case No. CIV-12-436-M (W.D. Okla., filed on Apr. 19, 2012); (iii) *Snyder v. McClendon, et al.,* Case No. CIV-12-437-M (W.D. Okla., filed on

*et al.*, Case No. CIV-12-584-M (W.D. Okla., filed on May 21, 2012) (the "*Gerber* Action"). The *Gerber* Action contains common issues of facts and the allegations are based out of the same transactions as those alleged in the Derivative Actions. Accordingly, the *Gerber* Action should be consolidated with the Derivative Actions pursuant to the arguments in favor of consolidation enumerated in Plaintiff Shochat's (1) Cross-Motion for Consolidation of Related Cases and Appointment of Lead Plaintiff and Lead Counsel and Memorandum of Law in Support; and (2) Memorandum of Law in Opposition to: (i) Plaintiff Dolezal Family Limited Partnership's Motion to Consolidate Cases and to Appoint Lead Counsel Structure; and (ii) Plaintiffs Deborah G. Mallow IRA SEP Investment Plan, Christopher Snyder, and Brian F. Leonard's Cross-Motion to Consolidate All Related Cases and to Appoint Lead Counsel, Case No. CIV-12-488-M Docket No. 7.

Date: May 23, 2012                            By: /s/ Don S. Strong_____

                                             **STRONG, MARTIN & ASSOCIATES, PLLC.**
                                             Don S. Strong, OBA No. 13874
                                             dss@strongmartin.com
                                             G. Stephen Martin, OBA No. 17091
                                             gsm@strongmartin.com

---

Apr. 20, 2012); (iv) *Dolezal Family Ltd. P'ship v. McClendon, et al.,* Case No. CIV-12-477-M (W.D. Okla., filed on Apr. 30, 2012); (v) *Leonard v. McClendon, et al.,* Case No. CIV-12-479-M (W.D. Okla., filed on Apr. 30, 2012); (vi) *David A. Kroll Emps.' Profit-Sharing Plan & Trust v. McClendon, et al.,* Case No. CIV-12-493-M (W.D. Okla., filed on May 2, 2012); (vii) *Robaczynski v. McClendon, et al.*, Case No. CIV-12-501-M (W.D. Okla., filed on May 3, 2012); (viii) *Spiegel v. McClendon, et al.,* Case No. CIV-12-502-M (W.D. Okla., filed on May 3, 2012); (ix) *Rosengarten v. McClendon, et al.,* Case No. CIV-12-505-M (W.D. Okla., filed on May 3, 2012); and (x) *Alberts v. McClendon, et al.,* Case No. CIV-12-545-M (W.D. Okla., filed on May 11, 2012) (collectively, the "Derivative Actions").

2700 First National Center
120 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 604-7500
Facsimile: (405) 604-7503

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn (*pro hac vice* application to be filed)
lewis.kahn@ksfcounsel.com
Albert M. Myers (*pro hac vice* application to be filed)
albert.myers@ksfcounsel.com
Melinda A. Nicholson (*pro hac vice* application to be filed)
melinda.nicholson@ksfcounsel.com
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Attorneys for Plaintiff Jacob Shochat*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 23, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have served this filing by first class mail to all counsel of record listed below.

/s/ Don S. Strong
Don S. Strong

**LAW OFFICES OF DELLUOMO & CROW**
Steven W. Crow, OBA No. 15676
5617 N. Classen Blvd.
Oklahoma City, OK 73118

*Counsel for Plaintiffs Stephen Robaczynski, Norman Spiegel, Dolezal Family Limited Partnership, The David A. Kroll, Inc. Employees' Profit Sharing Plan and Trust, and Arthur Alberts*

**MURRAY FRANK LLP**
Brian Murray
275 Madison Avenue, Suite 801
New York, New York 10016

*Counsel for Plaintiff Stephen Robaczynski*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Ex Kano S. Sams, II
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Counsel for Plaintiff Norman Spiegel*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Matthew M. Houston

488 Madison Avenue
New York, NY 10022

*Counsel for The David A. Kroll, Inc. Employees Profit-Sharing Plan And Trust* and
*Dolezal Family Limited Partnership*

**DAVID B, KAHN & ASSOCIATES, LTD.**
David B. Kahn
Mark E. King
One Northfield Plaza, Suite 214
Northfield, Illinois 60093

*Counsel for Plaintiff Arthur Alberts*

**DERRYBERRY & NAIFEH, LLP**
Darren B. Derryberry
4800 North Lincoln Blvd.
Oklahoma, OK 73105

*Counsel for Plaintiff Howard Rosengarten* and *Joel Gerber*

**LAW OFFICES OF CURTIS V. TRINKO**
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY 10036

*Counsel for Plaintiff Howard Rosengarten*

**BRAGAR WEXLER EAGEL & SQUIRE, P.C.**
Raymond A. Bragar
Lawrence P. Eagel
Jeffrey H. Squire
Justin Kuehn
885 Third Avenue, Suite 3040
New York, NY 10022

*Counsel for Joel Gerber*

**HOLLOWAY BETHEA & OSENBAUGH PLLC**
Kenyatta R. Bethea
3035 N.W. 63rd Suite, 102N
Oklahoma City, OK 73116

*Counsel for Brian F. Leonard, Christopher Snyder, and Deborah G. Mallow IRA SEP Investment Plan*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Gregg M. Fishbein
Vernon J. Vander Weide
Nathan D. Prosser
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

*Counsel for Brian F. Leonard*

**LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.**
Edward W. Gale
Thomas C. Atmore
100 South 5th Street, Suite 2500
Minneapolis, MN 55402

*Local Counsel for Brian F. Leonard*

**ABBEY SPANIER RODD & ABRAMS, LLP**
Nancy Kaboolian
212 East 39th Street
New York, NY 10016

*Counsel for Christopher Snyder*

**LOVELL STUART HALEBIAN LLP**
John Halebian
317 Madison Avenue, 21st Floor
New York, NY 10022

*Counsel for Deborah G. Mallow IRA SEP Investment Plan*

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
60 East 42nd Street, 46th Floor
New York, NY 10165

*Counsel for Deborah G. Mallow IRA SEP Investment Plan*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
M. Todd Scott
405 Howard Street
San Francisco, CA  94105

*Counsel for Defendants Aubrey K. McClendon, Richard K. Davidson, Kathleen M. Eisbrenner, V. Burns Hargis, Frank Keating, Charles T. Maxwell, Merrill A. Miller, Jr., Don L. Nickles, Louis A. Simpson and nominal defendant Chesapeake Energy Corporation*