**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JACob SHOCHAT <br> Derivatively and on Behalf of <br> CHESAPEAKE ENERGY <br> CORPORATION, <br>                 Plaintiff, <br> vs. <br> AUBREY K. MCCLENDON, RICHARD <br> K. DAVIDSON, KATHLEEN M. <br> EISBRENNER, V. BURNS HARGIS, <br> FRANK KEATING, CHARLES T. <br> MAXWELL, MERRILL A. MILLER, JR., <br> DON L. NICKLES, and LOUIS SIMPSON, <br>                 Defendants, <br> and <br> CHESAPEAKE ENERGY <br> CORPORATION, <br>                 Nominal Defendant. | Case No. CIV-12-488-M |

## MINUTE ORDER

Since April 19, 2012, eleven shareholder derivative actions have been filed on behalf of Chesapeake Energy Corporation against the Board of Directors of Chesapeake Energy Corporation. Although a number of motions to consolidate these actions have been filed, no ruling has been made on these motions.[1] Although these actions have not been consolidated, many of the filings in these cases have been made as if they have been consolidated, with counsel filing pleadings in cases in which they have not entered an appearance and in which their client is not a party. This is clearly contrary to the Western District's Local Civil Rules. Additionally, in a number of the cases, counsel

---

[1] A motion to lift stay has been filed in two consolidated cases, which were filed in 2011 against the Board of Directors of Chesapeake Energy Corporation, Case No. CIV-11-985-M and Case No. CIV-11-997-M. Plaintiffs in these consolidated cases are moving to lift the stay in the consolidated cases in order to file an amended complaint adding similar allegations to those made in the eleven shareholder derivative actions filed since April 19. The Court will rule on the motions to consolidate after it has ruled on the motion to lift stay.

who have signed the complaint have not filed an entry of appearance. This also is clearly contrary to the Western District's Local Civil Rules.

Accordingly, until this Court rules on the pending motions to consolidate, counsel in these shareholder derivative actions are DIRECTED to comply with the Western District's Local Civil Rules by only filing pleadings in cases in which they have entered an appearance and in which their client is a party and by filing an entry of appearance in any case in which they have signed the complaint. Any pleadings that have been filed in cases in which filing counsel has not entered an appearance or in which the named individual/entity is not a party will be stricken. Further, any pleadings regarding the consolidation of these cases shall be filed in the case in which counsel has entered an appearance and the client is a party.

**IT IS SO ORDERED this 4th day of June, 2012.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE